

# Missouri Court of Appeals
## Southern District

**MAY 2, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33933

      Re:    MICHAEL D. SMITH,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.

2.    Case No.  SD33898

      Re:    STATE OF MISSOURI, ex rel.
             Attorney General Chris Koster, and the
             MO DEPT. OF NATURAL RESOURCES,
             Plaintiffs-Appellants,
             v.
             WILDFLOWER INN, INC., and
             JOHN MAGGARD, Defendants-Respondents.